UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GULKAIYR KUDABAY KYZY,

        Plaintiff,

-against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.
-----------------------------------------------------------X

JUDGMENT
08-CV- 4727 (JG)

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y
★ FEB 2 6 2009 ★

P.M.
TIME A.M.

  An Order of Honorable John Gleeson, United States District Judge, having been filed on February 25, 2009, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings; it is

  ORDERED and ADJUDGED the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings.

Dated: Brooklyn, New York
   February 26, 2009

               ROBERT C. HEINEMANN
               Clerk of Court

             By s/Terry Vaughn
               *Chief Deputy*